IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Martin Francis Casey Jr,<br>aka Martin F. Casey, Jr.,<br>aka Martin Casey, Jr.,<br>aka Marty Casey,<br>aka Marty Casey, Jr.,<br>aka Martin Francis Casey,<br>aka Martin F. Casey,<br>aka Martin Casey<br><br>&<br><br>Nicole Michele Casey,<br>aka Nicole M. Casey,<br>aka Nicole Casey,<br>aka Nicole M. Zarzecki,<br>aka Nicole Zarzecki,<br>aka Nicole Michele Zarzecki<br><br>Debtor(s) | BK NO. 17-02942 JJT<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of M&T Bank as Servicer for Lakeview Loan Servicing, LLC and index same on the master mailing list.

Respectfully submitted,

**/s/James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
412-430-3594