```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 17-02942-JJT
Martin Francis Casey, Jr.,                                          Chapter 13
Nicole Michele Casey
         Debtors              CERTIFICATE OF NOTICE
District/off: 0314-5          User: TWilson              Page 1 of 2        Date Rcvd: Aug 31, 2017
                              Form ID: ntcnfhrg          Total Noticed: 65


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2017.
db/jdb       +Martin Francis Casey, Jr.,,   Nicole Michele Casey,    2 Kohler Ave.,    Old Forge, PA 18518-1720
cr           +ESSA Bank & Trust,    1065 Highway 315,    Cross Creek Pointe,    Wilkes-Barre, PA 18702-6941
cr           +UFCW Community Credit Union,    1460 Sans Souci Parkway,    Hanover Township, PA 18706-6026
4945569      +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
4945570      +Chase,    PO Box 15298,    Wilmington DE 19850-5298
4945571       Commonwealth Health,    1605 Valley Center Pkwy, Ste 200,    Bethlehem, PA 18017-2345
4945572      +Community Bank, N.A.,    45-49 Court Street,    P.O. Box 509,    Canton, NY 13617-0509
4945577      +E.M. Pagilarini, DMD,    1291 Wyoming Ave.,    Exeter, PA 18643-1499
4956230      +ESSA Bank & Trust,    126 South Main Street,    Pittston, PA 18640-1739
4945581      +First Credit Union of Scranton,    605 Davis St.,    Scranton, PA 18505-3518
4945580      +First Credit Union of Scranton,    Customer Service,    P.O. Box 30495,    Tampa, FL 33630-3495
4945582      +First National Credit Card,    500 E. 60th St. N,    Sioux Falls, SD 57104-0478
4945583       First National Credit Card,    P.O. Box 5097,    Sioux Falls, SD 57117-5097
4945584       Geisinger - Viewmont Health Assoc.,    P.O. Box 828729,    Philadelphia, PA 19182-8729
4945585      +Geisinger Health System,    100 North Academy Ave.,    Danville, PA 17822-0001
4945586      +Hayt, Hayt & Landau,    123 S. Broad St., Suite 1660,    Philadelphia, PA 19109-1003
4945587      +IC System, Inc.,    444 Hwy. 96 East,    St. Paul, MN 55127-2557
4956229      +John Fisher, Esq.,    126 South Main Street,    Pittston, PA 18640-1741
4945588      +Keystone Medical Laboratorie,    P.O. Box 822848,    Philadelphia, PA 19182-2848
4945589      +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
4945594      +Medical Data Systems,    2001 9th Ave.,    Ste. 312,    Vero Beach, FL 32960-6413
4945598      +Moses Taylor Hospital,    700 Quincy Ave,    Attn: Justin Davis CEO,    Scranton, PA 18510-1798
4945599      +NCC,    245 Main St.,    Dickson City, PA 18519-1641
4945601      +North Shore Agency,    270 Spagnoli Road,    Melville, NY 11747-3516
4945602      +Northeast Foot & Ankle Associates, LLC,    532 Main Street,    Suite 2,    Moosic, PA 18507-1001
4945608       PPL Electric Utilities,    827 Hausman Rd.,    Allentown, PA 18104-9392
4946032      +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4945604       Partners Healthcare,    399 Revolution Drive, Suite 402,    Somerville, MA 02145-1479
4945605       Pathology Associates of N.E.P.A.,    P.O. Box 822227,    Philadelphia, PA 19182-2227
4945606       Pathology Associates of NEPA,    P.O. Box 822227,    Philadelphia, PA 19182-2227
4945607      +Pay Pal Credit,    P.O. Box 5138,    Timonium, MD 21094-5138
4945609      +Professional Account Svcs.,    P.O. Box 188,    Brentwood, TN 37024-0188
4945610       Professional Orthopaedic Assoc. Ltd.,    3 West Olive St., Ste. 118,    Scranton, PA 18508-2576
4945612      +Radiological Consultants Inc,    3625 Quakerbridge Rd,    Hamilton, NJ 08619-1268
4945613      +Ratchford Law Group, PC,    409 Lackawanna Ave., Suite 320,    Scranton, PA 18503-2059
4945614       Raymond Khoudary, MC PC,    190 S. River St.,    Plains, PA 18705-1149
4945615      +Regency Consumer Discount Co,    393 Meridian Ave.,    Scranton, PA 18504-2630
4945617      +Tiffany Griffiths, Psy D & A,    502 N. Blakely St.,    Dunmore, PA 18512-1943
4945619      +Transworld Systems, Inc.,    PO Box 17221,    Wilmington, DE 19850-7221
4945620      +UFCW Fed. Credit Union,    377 Wyoming Ave.,    Wyoming, PA 18644-1821
4945621      +Verizon Bankruptcy Dept.,    500 Technology Drive,    Suite 550,    Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4945566      +E-mail/Text: seinhorn@ars-llc.biz Aug 31 2017 19:03:20     Ability Recovery Svcs. LLC,
               P.O. Box 4031,    Wyoming, PA 18644-0031
4945567      +E-mail/Text: khaffn@allied-services.org Aug 31 2017 19:02:50     Allied Services,
               Attn: Kelly Haffner, Collection Coordina,    100 Abington Executive Park,
               Clarks Summit, PA 18411-2260
4945568      +E-mail/Text: banko@berkscredit.com Aug 31 2017 19:02:32     Berks Credit & Collection,
               900 Corporate Drive,    Reading, PA 19605-3340
4945573      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 31 2017 19:09:00     CreditOne,
               P.O. Box 98873,    Las Vegas, NV 89193-8873
4945574       E-mail/Text: mrdiscen@discover.com Aug 31 2017 19:02:25     Discover,    P.O. Box 30943,
               Salt lake City, UT 84130
4945575       E-mail/Text: mrdiscen@discover.com Aug 31 2017 19:02:25     Discover Bank,    P.O. Box 3025,
               New Albany, OH 43054-3025
4945576      +E-mail/Text: bankruptcynotices@dcicollect.com Aug 31 2017 19:03:10
               Diversified Consultants, Inc,    P.O. Box 551268,    Jacksonville, FL 32255-1268
4945578      +E-mail/Text: collectfax@essabank.com Aug 31 2017 19:03:09     ESSA,    200 Palmer St.,
               P.O. Box L,    Stroudsburg, PA 18360-0160
4945579       E-mail/Text: data_processing@fin-rec.com Aug 31 2017 19:02:34
               Financial Recovery Services, Inc.,    P.O. Box 385908,    Minneapolis, MN 55438-5908
4945590      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 31 2017 19:09:39     LVNV Funding LLC,
               P.O. Box 10497,    Greenville, SC 29603-0497
4957901      +E-mail/Text: camanagement@mtb.com Aug 31 2017 19:02:35     Lakeview Loan Servicing, LLC,
               c/o M&T Bank,    P.O. Box 840,    Buffalo, NY 14240-0840
4945591       E-mail/Text: camanagement@mtb.com Aug 31 2017 19:02:35     M&T Bank,    1100 Wehrle Drive,
               Williamsville, NY 14221
4945592       E-mail/Text: camanagement@mtb.com Aug 31 2017 19:02:35     M&T Bank,
               Lending Services, Customer Support,    P.O. Box 1288,    Buffalo, NY 14240-1288
4945595      +E-mail/Text: bkr@cardworks.com Aug 31 2017 19:02:23     Merrick Bank,    P.O. Box 9201,
               Old Bethpage, NY 11804-9001
```

```
District/off: 0314-5            User: TWilson               Page 2 of 2                  Date Rcvd: Aug 31, 2017
                                Form ID: ntcnfhrg           Total Noticed: 65
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
4945596        +E-mail/Text: bankruptcydpt@mcmcg.com Aug 31 2017 19:02:49      Midland Funding LLC,
                8875 Aero Dr, Ste 200,    San Diego, CA 92123-2255
4945597        +E-mail/Text: mmrgbk@miramedrg.com Aug 31 2017 19:02:55      Miramed Revenue Group,
                991 Oak Creek Dr.,    Lombard, IL 60148-6408
4955094         E-mail/PDF: cbp@onemainfinancial.com Aug 31 2017 19:09:29      ONEMAIN,    P.O. BOX 3251,
                EVANSVILLE, IN 47731-3251
4945603        +E-mail/PDF: cbp@onemainfinancial.com Aug 31 2017 19:08:53      OneMain Financial Bankruptcy Dept.,    P.O. Box 6042,    Sioux Falls, SD 57117-6042
4962664        +E-mail/Text: csc.bankruptcy@amwater.com Aug 31 2017 19:03:25      Pennsylvania American Water Co,
                PO Box 578,    Alton, IL 62002-0578
4953968         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 31 2017 19:02:43
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg PA 17128-0946
4945611        +E-mail/Text: jrodgers@4rai.com Aug 31 2017 19:03:23      Radiological Consultants,
                6 NESHAMINY INTERPLEX STE 207,    TREVOSE, PA 19053-6942
4945616         E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2017 19:09:30      Synchrony Bank/Amazon.com,
                Attn: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
4945618        +E-mail/Text: bankruptcydepartment@tsico.com Aug 31 2017 19:03:18      Transworld Systems, Inc.,
                507 Prudential Rd.,    Horsham, PA 19044-2308
4962665         E-mail/Text: bkrcy@ugi.com Aug 31 2017 19:03:16      UGI Utilities,    225 Morgantown Rd.,
                Attn: Manager of Collections,    Reading, PA 19611
                                                                                                TOTAL: 24

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +First Credit Union of Scranton,    605 Davis Street,    Scranton, PA 18505-3518
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4945593*       +Martin Francis Casey, Jr.,,    2 Kohler Ave.,    Old Forge, PA 18518-1720
4945600*       +Nicole Michele Casey,    2 Kohler Ave.,    Old Forge, PA 18518-1720
4945622        ##Wells Fargo Financial,    4143 121st Street,    Urbandale, IA 50323-2310
                                                                                            TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2017 at the address(es) listed below:
```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
          John Fisher    on behalf of Creditor    UFCW Community Credit Union johnvfisher@yahoo.com,
           fisherlawoffice@yahoo.com
          John Fisher    on behalf of Creditor    ESSA Bank & Trust johnvfisher@yahoo.com,
           fisherlawoffice@yahoo.com
          John Francis Kulick    on behalf of Creditor    First Credit Union of Scranton
           john@thekulicklawfirm.com
          Tullio DeLuca    on behalf of Joint Debtor Nicole Michele Casey tullio.deluca@verizon.net
          Tullio DeLuca    on behalf of Debtor Martin Francis Casey, Jr., tullio.deluca@verizon.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Martin Francis Casey Jr., aka Martin Casey Jr.,, aka Marty Casey, aka Martin F. Casey Jr., aka Marty Casey Jr., aka Martin Casey, aka Martin Francis Casey, aka Martin F. Casey<br>Nicole Michele Casey<br>aka Nicole Casey, aka Nicole M. Casey, aka Nicole M. Zarzecki, aka Nicole Michele Zarzecki, aka Nicole Zarzecki<br><br>Debtor(s) | Chapter<br><br>Case No. | 13<br><br>5:17−bk−02942−JJT |

# Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **September 29, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: October 17, 2017<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: TWilson, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 31, 2017 |