# TULLIO DeLUCA

**ATTORNEY-AT-LAW**
381 N. 9TH STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

September 12, 2017

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

In Re: Martin & Nicole Casey
**Chapter 13Bankruptcy**
**Case No. 5-17-02942**

Dear Sir/Madam:

I have received returned mail for **KEYSTONE MEDICAL LABORATORIES,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: PO BOX 822848 PHILADELPHIA, PA 18182-2848. Please be advised the correct information is as follows:

KEYSTONE MEDICAL LABORATORIES
781 KEYSTONE INDUSTRIAL PARK
THROOP, PA 18512

I served the Original Plan & Conf. Hrg Date for Bankruptcy Case at the above address on ( Sept 12, 2017). Please correct the mailing matrix.

Thank you for assistance in this matter.

Very truly yours,

/s/ Tullio DeLuca, Esquire

TD/th