THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN RE: | : | |
| | : | **CASE NO. 5:17‑bk‑02942‑JJT** |
| Nicole Michele Casey aka Nicole Casey | : | |
| aka Nicole M. Casey | : | |
| aka Nicole M. Zarzecki aka | : | **CHAPTER 13** |
| Nicole Michele Zarzeck aka | : | |
| Nicole Zarzecki | : | |
| **Debtor(s)** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEBTORS' PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST
PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTIONS 1129(a)(14),
1225(a)(7) AND 1325(A)(8) AND (a)(9)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I, **Nicole Michele Casey,** upon my oath according to law, hereby certify as follows:

1.     That the below information is being supplied for compliance with the
confirmation hearing date on October 17, 2017

2.     That all post-petition amounts that are required to be paid under any and all
Domestic Support Obligations have been paid.

3.     That all applicable Federal, State, and local tax returns, as required by 11 U.S.C.
Section 1308 have been filed.

4.     If this Certification is being signed by counsel for Debtor(s), that the Debtor(s)
was/were duly questioned about the statements in this Certification and supplied
answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any
of the foregoing statements made by me are willfully false, I am subject to punishment.

Date:  October 13, 2017                                      /s/ Nicole Michele Casey
                                                                        **Nicole Michele Casey**