UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   MARTIN FRANCIS CASEY, JR.
         AKA: MARTIN CASEY, MARTIN F. CASEY,
         JR., MARTIN CASEY, JR., MARTY CASEY,
         MARTY CASEY, JR., MARTIN FRANCIS
         CASEY, MARTIN F. CASEY
         NICOLE MICHELE CASEY
         AKA: NICOLE MICHELE ZARZECKI, NICOLE
         M. CASEY, NICOLE CASEY, NICOLE M.
         ZARZECKI, NICOLE ZARZECKI
                Debtor(s)
                                                    CHAPTER 13
         CHARLES J. DEHART, III
         CHAPTER 13 TRUSTEE
                Movant                              CASE NO: 5-17-02942-JJT

         vs.

         MARTIN FRANCIS CASEY, JR.
         AKA: MARTIN CASEY, MARTIN F. CASEY,
         JR., MARTIN CASEY, JR., MARTY CASEY,
         MARTY CASEY, JR., MARTIN FRANCIS
         CASEY, MARTIN F. CASEY   NICOLE
         MICHELE CASEY
         AKA: NICOLE MICHELE ZARZECKI, NICOLE
         M. CASEY, NICOLE CASEY, NICOLE M.
         ZARZECKI, NICOLE ZARZECKI
                Respondent(s)

**TRUSTEE'S MOTION TO DISMISS CASE**

COMES NOW, on November 7, 2017, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

                                    Respectfully submitted,

                                    s/   Charles J. DeHart, III
                                    Charles J. DeHart, III, Trustee
                                    8125 Adams Drive, Suite A
                                    Hummelstown, PA  17036
                                    Phone:  (717) 566-6097

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    MARTIN FRANCIS CASEY, JR.
AKA: MARTIN CASEY, MARTIN F. CASEY, JR., MARTIN CASEY, JR., MARTY CASEY, MARTY CASEY, JR., MARTIN FRANCIS CASEY, MARTIN F. CASEY

NICOLE MICHELE CASEY            CHAPTER 13
AKA: NICOLE MICHELE ZARZECKI, NICOLE M. CASEY, NICOLE CASEY, NICOLE M. ZARZECKI, NICOLE ZARZECKI        CASE NO: 5-17-02942-JJT

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion. Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

**CONFERENCE before Trustee:**            **HEARING:**
December 5, 2017 at 9:00 am                December 5, 2017 at 09:35 AM
U.S. Bankruptcy Court                       U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse           Max Rosenn U.S. Courthouse
197 S. Main Street                            197 S. Main Street
Wilkes Barre, PA                             Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 814.00**
**AMOUNT DUE FOR THIS MONTH: $407.00**
**TOTAL AMOUNT DUE BEFORE CONFERENCE/HEARING DATE: $1221.00**

**NOTE:**
    ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

If **submitting payment by U.S. First Class Mail** mail to**:**
   **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA  17604**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.     You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.     You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  November 7, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  MARTIN FRANCIS CASEY, JR.
AKA: MARTIN CASEY, MARTIN F. CASEY, JR., MARTIN CASEY, JR., MARTY CASEY, MARTY CASEY, JR., MARTIN FRANCIS CASEY, MARTIN F. CASEY
NICOLE MICHELE CASEY                    CHAPTER 13
AKA: NICOLE MICHELE ZARZECKI, NICOLE M. CASEY, NICOLE CASEY, NICOLE M. ZARZECKI, NICOLE ZARZECKI                    CASE NO: 5-17-02942-JJT

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice and Proposed Order by First Class Mail, unless served electronically, at the below address on November 7, 2017.

TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON, PA  18504-

MARTIN FRANCIS CASEY, JR.
NICOLE MICHELE CASEY
2 KOHLER AVE.
OLD FORGE, PA  18518

Respectfully submitted,

s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Case 5:17-bk-02942-JJT    Doc 34    Filed 11/07/17    Entered 11/07/17 14:52:49    Desc
Page 4 of 6

Dated: November 7, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARTIN FRANCIS CASEY, JR.
AKA: MARTIN CASEY, MARTIN F.
CASEY, JR., MARTIN CASEY, JR.,
MARTY CASEY, MARTY CASEY,
JR., MARTIN FRANCIS CASEY,
MARTIN F. CASEY
NICOLE MICHELE CASEY
AKA: NICOLE MICHELE ZARZECKI,
NICOLE M. CASEY, NICOLE CASEY,
NICOLE M. ZARZECKI, NICOLE
ZARZECKI

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CASE NO: 5-17-02942-JJT

vs.

MARTIN FRANCIS CASEY, JR.
AKA: MARTIN CASEY, MARTIN F.
CASEY, JR., MARTIN CASEY, JR.,
MARTY CASEY, MARTY CASEY,
JR., MARTIN FRANCIS CASEY,
MARTIN F. CASEY
NICOLE MICHELE CASEY
AKA: NICOLE MICHELE ZARZECKI,
NICOLE M. CASEY, NICOLE CASEY,
NICOLE M. ZARZECKI, NICOLE
ZARZECKI

MOTION TO DISMISS

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.