UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARTIN FRANCIS CASEY, JR.
AKA: MARTIN CASEY, MARTIN F. CASEY, JR., MARTIN CASEY, JR., MARTY CASEY, MARTY CASEY, JR., MARTIN FRANCIS CASEY, MARTIN F. CASEY
NICOLE MICHELE CASEY
AKA: NICOLE MICHELE ZARZECKI, NICOLE M. CASEY, NICOLE CASEY, NICOLE M. ZARZECKI, NICOLE ZARZECKI

CHAPTER 13

CASE NO: 5-17-02942-JJT

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant
vs.

MARTIN FRANCIS CASEY, JR.
AKA: MARTIN CASEY, MARTIN F. CASEY, JR., MARTIN CASEY, JR., MARTY CASEY, MARTY CASEY, JR., MARTIN FRANCIS CASEY, MARTIN F. CASEY
NICOLE MICHELE CASEY
AKA: NICOLE MICHELE ZARZECKI, NICOLE M. CASEY, NICOLE CASEY, NICOLE M. ZARZECKI, NICOLE ZARZECKI

Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on February 15, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. A Plan was filed on July 17, 2017.

2. A Confirmation hearing was held and an Order was entered on December 5, 2017 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable Plan.

    Respectfully submitted,

    s/ Agatha R. McHale, Esq.
    Id: 47613
    Attorney for Trustee
    Charles J. DeHart, III
    Standing Chapter 13 Trustee
    Ste. A, 8125 Adams Drive
    Hummelstown, PA 17036
    Ph. 717-566-6097
    Fax. 717-566-8313
    eMail: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARTIN FRANCIS CASEY, JR.
AKA: MARTIN CASEY, MARTIN F.
CASEY, JR., MARTIN CASEY, JR.,
MARTY CASEY, MARTY CASEY,
JR., MARTIN FRANCIS CASEY,
MARTIN F. CASEY
NICOLE MICHELE CASEY
AKA: NICOLE MICHELE ZARZECKI,
NICOLE M. CASEY, NICOLE CASEY,
NICOLE M. ZARZECKI, NICOLE
ZARZECKI

CHAPTER 13

CASE NO: 5-17-02942-JJT

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>Courtroom #2<br>197 S. Main Street<br>Wilkes Barre, PA | Date: March 6, 2018<br><br>Time: 09:35 AM |
|---|---|

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: February 15, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARTIN FRANCIS CASEY, JR.
AKA: MARTIN CASEY, MARTIN F. CASEY, JR., MARTIN CASEY, JR., MARTY CASEY, MARTY CASEY, JR., MARTIN FRANCIS CASEY, MARTIN F. CASEY

NICOLE MICHELE CASEY
AKA: NICOLE MICHELE ZARZECKI, NICOLE M. CASEY, NICOLE CASEY, NICOLE M. ZARZECKI, NICOLE ZARZECKI

Debtor(s)

CHAPTER 13

CASE NO: 5-17-02942-JJT

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
 Movant

## CERTIFICATE OF SERVICE

AND NOW, on February 15, 2018, I, Vickie Williams, hereby certify that I served a copy of the Trustee's Motion to Dismiss, Notice, and Proposed Order either electronically or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, first class mail, postage prepaid, addressed to the following:

TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON, PA 18504-

MARTIN FRANCIS CASEY, JR.
NICOLE MICHELE CASEY
2 KOHLER AVE.
OLD FORGE, PA 18518

Respectfully Submitted,
s/ Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: February 15, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARTIN FRANCIS CASEY, JR.
AKA: MARTIN CASEY, MARTIN F.
CASEY, JR., MARTIN CASEY, JR.,
MARTY CASEY, MARTY CASEY,
JR., MARTIN FRANCIS CASEY,
MARTIN F. CASEY
NICOLE MICHELE CASEY
AKA: NICOLE MICHELE ZARZECKI,
NICOLE M. CASEY, NICOLE CASEY,
NICOLE M. ZARZECKI, NICOLE
ZARZECKI

        Debtor(s)          CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant

vs.

MARTIN FRANCIS CASEY, JR.     CASE NO: 5-17-02942-JJT
AKA: MARTIN CASEY, MARTIN F.
CASEY, JR., MARTIN CASEY, JR.,
MARTY CASEY, MARTY CASEY,
JR., MARTIN FRANCIS CASEY,
MARTIN F. CASEY
NICOLE MICHELE CASEY
AKA: NICOLE MICHELE ZARZECKI,
NICOLE M. CASEY, NICOLE CASEY,
NICOLE M. ZARZECKI, NICOLE
ZARZECKI

        Respondent(s)

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.