**TULLIO DeLUCA**
**ATTORNEY-AT-LAW**
381 N. 9ᵗʰ Street
Scranton, Pennsylvania 18504
Phone (570) 347-7764  Fax (570) 347-7763
Email: tullio.deluca@verizon.net

March 15, 2018

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

    In Re: Martin & Nicole Casey
    **Chapter 13 Bankruptcy**
    **Case No. 5-17-02942**

Dear Sir/Madam:

 I have received returned mail for **Transworld Systems,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 507 Prudential Rd Horsham, PA 19044-2308. Please be advised the correct information is as follows:

    TRANSWORLD SYSTEMS
    500 VIRGINIA DR. # 514
    FORT WASHINGTON, PA 19034-2707

I served the 1ˢᵀ Amended Plan for Bankruptcy Case at the above address on ( March 16, 2018). Please correct the mailing matrix.

 Thank you for assistance in this matter.

    Very truly yours,


    /s/ Tullio DeLuca, Esquire

TD/th

Case 5:17-bk-02942-JJT    Doc 42    Filed 03/16/18    Entered 03/16/18 09:23:09    Desc
Main Document    Page 1 of 1