**TULLIO DeLUCA**
**ATTORNEY-AT-LAW**
381 N. 9ᵀᴴ STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

March 19, 2018

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: Martin & Nicole Casey
        **Chapter 13 Bankruptcy**
        **Case No. 5-17-02942**

Dear Sir/Madam:

    I have received returned mail for **Regency Consumers,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 393 Meridan Ave. Scranton, PA 18504 . Please be advised the correct information is as follows:

REGENCY CONSUMERS
320 ROUTE 315 HWY STE 210
PITTSTON, PA 18640-3919

I served the 1ˢᵀ Amended Plan for Bankruptcy Case at the above address on ( March 20, 2018). Please correct the mailing matrix.

    Thank you for assistance in this matter.

        Very truly yours,

        /s/ Tullio DeLuca, Esquire

TD/th