```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                            Case No. 17-02942-JJT
Martin Francis Casey, Jr.,                                        Chapter 13
Nicole Michele Casey
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: TWilson          Page 1 of 1          Date Rcvd: Apr 11, 2018
                              Form ID: orcnfpln      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2018.
db/jdb         +Martin Francis Casey, Jr.,,  Nicole Michele Casey,  2 Kohler Ave.,  Old Forge, PA 18518-1720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

___

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                                  Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              John Fisher    on behalf of Creditor   UFCW Community Credit Union johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              John Fisher    on behalf of Creditor   ESSA Bank & Trust johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              John Francis Kulick    on behalf of Creditor   First Credit Union of Scranton
               john@thekulicklawfirm.com
              Tullio  DeLuca   on behalf of Debtor 2 Nicole Michele Casey tullio.deluca@verizon.net
              Tullio  DeLuca   on behalf of Debtor 1 Martin Francis Casey, Jr., tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

orcnfpln(05/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Martin Francis Casey Jr., aka Martin Casey Jr.,, aka Marty Casey, aka Martin F. Casey Jr., aka Marty Casey Jr., aka Martin Casey, aka Martin Francis Casey, aka Martin F. Casey<br>Nicole Michele Casey<br>aka Nicole Casey, aka Nicole M. Casey, aka Nicole M. Zarzecki, aka Nicole Michele Zarzecki, aka Nicole Zarzecki | Chapter 13<br><br>Case No. 5:17–bk–02942–JJT |

Debtor(s)

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on March 6, 2018. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: April 11, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: TWilson, Deputy Clerk