UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                    :
MARTIN AND NICOLE CASEY        :        CHAPTER 13
                    Debtors.             :
**************************************************************************

LAKEVIEW LOAN SERVICING LLC      :
                                          :
                    Movant,              :
                                          :
        vs.                               :
MARTIN AND NICOLE CASEY        :        CASE NO. 5-17-02942
                    Respondents.   :
**************************************************************************

### DEBTORS' ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362

**************************************************************************

AND NOW COMES, Martin and Nicole Casey, the Debtors, and files an Answer to Lakeview

Loan Servicing's Motion for Relief From the Automatic Stay:

1.      Martin and Nicole Casey (hereinafter the "Debtors") filed a Chapter 13 bankruptcy

proceeding with the U.S. Bankruptcy Court for the Middle District of Pennsylvania.

2.      Movant alleges that Debtors have failed to make post-petition mortgage payments.

3.      Debtors Counsel is in the process of contacting the debtors to ascertain if the payments

have been made and/or if the Debtors are in possession of the funds needed to cure the arrears.

4.      Movant is not entitled to relief from the automatic stay as the arrearage amount due

has been paid or shall be paid through the Chapter 13 Plan, and/or a six (6) month Stipulation, and,

therefore, the Movant is adequately protected.

WHEREFORE, the Debtors respectfully requests that Movant's Motion for Relief from the

Automatic Stay be denied.

Respectfully submitted,


Date:   May 31, 2018                              /s/Tullio DeLuca
                                                 Tullio DeLuca, Esquire
                                                 PA ID# 59887
                                                 381 N. 9th Avenue
                                                 Scranton, PA  18504
                                                 (570) 347-7764

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                          :
MARTIN AND NICOLE CASEY          :          CHAPTER 13
                    Debtors.           :
*************************************************************************

LAKEVIEW LOAN SERVICING LLC     :
                                                :
                    Movant,             :
                                                :
        vs.                                    :
MARTIN AND NICOLE CASEY          :          CASE NO. 5-17-02942
                    Respondents.   :
*************************************************************************

**CERTIFICATE OF SERVICE**
*************************************************************************

The undersigned hereby certifies that on May 31, 2018, he caused a true and correct copy of

Debtor's Answer to Lakeview Loan Servicing's Motion for Relief from the Automatic Stay to be served

Via First Class United States Mail, Postage Pre-paid in the above-referenced case, on the following:

Charles J. DeHart, III, Esq. at dehartstaff@ramapo.com


James Warmbrodt, Esq. at Jwarmbrodt@kmllawgroup.com


Dated:  May 31, 2018                                   /s/Tullio DeLuca
                                                               Tullio DeLuca, Esquire