```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 17-02942-JJT
Martin Francis Casey, Jr.,                                          Chapter 13
Nicole Michele Casey
        Debtors                   **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: TWilson          Page 1 of 1         Date Rcvd: Sep 20, 2018
                             Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2018.
db/jdb          +Martin Francis Casey, Jr.,,   Nicole Michele Casey,   2 Kohler Ave.,   Old Forge, PA 18518-1720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              John   Fisher    on behalf of Creditor   UFCW Community Credit Union johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              John   Fisher    on behalf of Creditor   ESSA Bank & Trust johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              John Francis Kulick    on behalf of Creditor   First Credit Union of Scranton
               john@thekulicklawfirm.com
              Tullio  DeLuca   on behalf of Debtor 2 Nicole Michele Casey tullio.deluca@verizon.net
              Tullio  DeLuca   on behalf of Debtor 1 Martin Francis Casey, Jr., tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MARTIN CASEY and | : | |
| NICOLE CASEY | : | |
| | : | |
| Debtor(s) | : | CASE NO. 5-17-02942 |

## ORDER APPROVING SECOND AMENDED PLAN

**IT IS ORDERED** that the Motion to Amend/Modify the Plan Post Confirmation filed on August 20, 2018, is hereby GRANTED.

**IT IS FURTHER ORDERED** that the proposed amendments in the Second Amended Plan filed on August 20, 2018, are hereby APPROVED.

Dated: September 20, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)