```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                          Case No. 17-02942-RNO
Martin Francis Casey, Jr.,                                      Chapter 13
Nicole Michele Casey
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: TWilson           Page 1 of 1           Date Rcvd: Mar 08, 2019
                              Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2019.
db/jdb         +Martin Francis Casey, Jr.,,   Nicole Michele Casey,   2 Kohler Ave.,   Old Forge, PA 18518-1720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              John  Fisher    on behalf of Creditor   UFCW Community Credit Union johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              John  Fisher    on behalf of Creditor   ESSA Bank & Trust johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              John Francis Kulick    on behalf of Creditor   First Credit Union of Scranton
               john@thekulicklawfirm.com
              Tullio  DeLuca    on behalf of Debtor 2 Nicole Michele Casey tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Debtor 1 Martin Francis Casey, Jr., tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Martin Francis Casey Jr., aka Martin F. Casey, Jr. aka Martin Casey, Jr., aka Marty Casey, aka Marty Casey, Jr., aka Martin Francis Casey, aka Martin F. Casey, aka Martin Casey<br>Nicole Michele Casey aka Nicole M. Casey, aka Nicole Casey, aka Nicole M. Zarzecki, aka Nicole Zarzecki, aka Nicole Michele Zarzecki<br>Debtor(s) | Chapter 13<br><br>NO. 17-02942 RNO |
| Lakeview Loan Servicing, LLC<br>v.<br>Martin Francis Casey Jr., aka Martin F. Casey, Jr. aka Martin Casey, Jr., aka Marty Casey, aka Marty Casey, Jr., aka Martin Francis Casey, aka Martin F. Casey, aka Martin Casey<br>Nicole Michele Casey aka Nicole M. Casey, aka Nicole Casey, aka Nicole M. Zarzecki, aka Nicole Zarzecki, aka Nicole Michele Zarzecki<br>and<br>Charles J. DeHart, III Esq.<br>Trustee | |

## ORDER

Upon Consideration of the Certification of Default filed by the Movant in accordance with the Stipulation of the parties filed on June 8, 2018 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362, is modified to allow Lakeview Loan Servicing, LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale, regarding the premises 2 Kohler Avenue Old Forge, PA 18518.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Dated: March 7, 2019

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (RR)