## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    MARTIN FRANCIS CASEY, JR.
        AKA: MARTIN CASEY, MARTIN F. CASEY,
        JR., MARTIN CASEY, JR., MARTY CASEY,
        MARTY CASEY, JR., MARTIN FRANCIS
        CASEY, MARTIN F. CASEY
        NICOLE MICHELE CASEY
        AKA: NICOLE MICHELE ZARZECKI, NICOLE
        M. CASEY, NICOLE CASEY, NICOLE M.
        ZARZECKI, NICOLE ZARZECKI
              Debtor(s)

                                      CHAPTER 13

        CHARLES J. DEHART, III
        CHAPTER 13 TRUSTEE
              Movant                    CASE NO: 5-17-02942-RNO

        vs.

        MARTIN FRANCIS CASEY, JR.
        AKA: MARTIN CASEY, MARTIN F. CASEY,
        JR., MARTIN CASEY, JR., MARTY CASEY,
        MARTY CASEY, JR., MARTIN FRANCIS
        CASEY, MARTIN F. CASEY   NICOLE
        MICHELE CASEY
        AKA: NICOLE MICHELE ZARZECKI, NICOLE
        M. CASEY, NICOLE CASEY, NICOLE M.
        ZARZECKI, NICOLE ZARZECKI
              Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on November 14, 2019, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

                      Respectfully submitted,

                      s/  Charles J. DeHart, III
                      Charles J. DeHart, III, Trustee
                      8125 Adams Drive, Suite A
                      Hummelstown, PA 17036
                      Phone: (717) 566-6097

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    MARTIN FRANCIS CASEY, JR.
        AKA: MARTIN CASEY, MARTIN F.
        CASEY, JR., MARTIN CASEY, JR.,
        MARTY CASEY, MARTY CASEY, JR.,
        MARTIN FRANCIS CASEY, MARTIN F.
        CASEY
        NICOLE MICHELE CASEY        CHAPTER 13
        AKA: NICOLE MICHELE ZARZECKI,
        NICOLE M. CASEY, NICOLE CASEY,
        NICOLE M. ZARZECKI, NICOLE
        ZARZECKI        CASE NO: 5-17-02942-RNO

        Debtor(s)

        CHARLES J. DEHART, III
        CHAPTER 13 TRUSTEE
        Movant

**NOTICE**

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion. Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

| **CONFERENCE before Trustee:** | **HEARING:** |
|---|---|
| December 20, 2019 at 9:00 am | December 20, 2019 at 09:30 AM |
| U.S. Bankruptcy Court | U.S. Bankruptcy Court |
| Max Rosenn U.S. Courthouse | Max Rosenn U.S. Courthouse |
| 197 S. Main Street | 197 S. Main Street |
| Wilkes Barre, PA | Wilkes Barre, PA |

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 1250.00**
**AMOUNT DUE FOR THIS MONTH: $534.00**
**TOTAL AMOUNT DUE BEFORE CONFERENCE/HEARING DATE: $1784.00**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

If **submitting payment by U.S. First Class Mail** mail to**:**
      **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA 17604**

    If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.    You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.    You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

                            Charles J. DeHart, III, Trustee
                            8125 Adams Drive, Suite A
                            Hummelstown, PA 17036
                            Phone: (717) 566-6097

Dated: November 14, 2019

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    MARTIN FRANCIS CASEY, JR.
AKA: MARTIN CASEY, MARTIN F.
CASEY, JR., MARTIN CASEY, JR.,
MARTY CASEY, MARTY CASEY,
JR., MARTIN FRANCIS CASEY,
MARTIN F. CASEY

NICOLE MICHELE CASEY          CHAPTER 13
AKA: NICOLE MICHELE
ZARZECKI, NICOLE M. CASEY,
NICOLE CASEY, NICOLE M.
ZARZECKI, NICOLE ZARZECKI      CASE NO: 5-17-02942-RNO

          Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
      Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 14, 2019, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

TULLIO DeLUCA, ESQUIRE         Served electronically
381 N 9TH AVENUE
SCRANTON, PA 18504-


MARTIN FRANCIS CASEY, JR.
NICOLE MICHELE CASEY
2 KOHLER AVE.              Served by 1st Class Mail
OLD FORGE, PA 18518


United States Trustee
228 Walnut Street
Suite 1190             Served electronically
Harrisburg, PA 17101


I certify under penalty of perjury that the foregoing is true and correct.

Date: November 14, 2019        Liz Joyce
                      for Charles J. DeHart, III, Trustee
                      Suite A, 8125 Adams Dr.
                      Hummelstown, PA 17036

Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    MARTIN FRANCIS CASEY, JR.
AKA: MARTIN CASEY, MARTIN F.
CASEY, JR., MARTIN CASEY, JR.,
MARTY CASEY, MARTY CASEY,
JR., MARTIN FRANCIS CASEY,
MARTIN F. CASEY
NICOLE MICHELE CASEY
AKA: NICOLE MICHELE ZARZECKI,
NICOLE M. CASEY, NICOLE CASEY,
NICOLE M. ZARZECKI, NICOLE
ZARZECKI

CHAPTER 13

        Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant        CASE NO: 5-17-02942-RNO

    vs.

MARTIN FRANCIS CASEY, JR.    MOTION TO DISMISS
AKA: MARTIN CASEY, MARTIN F.
CASEY, JR., MARTIN CASEY, JR.,
MARTY CASEY, MARTY CASEY,
JR., MARTIN FRANCIS CASEY,
MARTIN F. CASEY
NICOLE MICHELE CASEY
AKA: NICOLE MICHELE ZARZECKI,
NICOLE M. CASEY, NICOLE CASEY,
NICOLE M. ZARZECKI, NICOLE
ZARZECKI

**ORDER DISMSSING CASE**

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.