# Law Office of Tullio DeLuca

381 N. 9th Avenue
Scranton, PA 18504

**Tullio DeLuca, Esquire**
E-Mail: Tullio.DeLuca@verizon.net

Telephone: (570) 347-7764
Facsimile: (570) 347-7763

November 22, 2019

U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

        RE:   Chapter 13 Bankruptcy
                Case No. 5-17-02942-JJT

Dear Sir/Madam:

    Please be advised the address for the above Debtors has changed. The correct information is as follows:

        Martin and Nicole Casey
        3 Roosevelt Street
        Dallas, PA 18612-9047

Please correct the mailing matrix.

    Thank you for your assistance in this matter.

                          Very truly yours,

                          Tullio DeLuca, Esq.

TD/ma