```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 17-02942-RNO
Martin Francis Casey, Jr.,                                          Chapter 13
Nicole Michele Casey
       Debtors                   **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: AutoDocke          Page 1 of 1           Date Rcvd: Feb 19, 2020
                             Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2020.
        +THE AZEK COMPANY,   1330 WEST FULTON STREET,   SUITE 350,   CHICAGO, IL 60607-1153

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              John Fisher    on behalf of Creditor    ESSA Bank & Trust johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              John Fisher    on behalf of Creditor    UFCW Community Credit Union johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              John Francis Kulick    on behalf of Creditor    First Credit Union of Scranton
               john@thekulicklawfirm.com
              Tullio DeLuca    on behalf of Debtor 2 Nicole Michele Casey tullio.deluca@verizon.net
              Tullio DeLuca    on behalf of Debtor 1 Martin Francis Casey, Jr., tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*************************************************************************

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MARTIN CASEY and | : | |
| NICOLE CASEY | : | |
| Debtor(s) | : | CASE NO. 5-17-02942 |

*************************************************************************

| | | |
|---|---|---|
| MARTIN CASEY and | : | |
| NICOLE CASEY | : | |
| MOVANT | : | |
| VS. | : | |
| THE AZEK COMPANY and | : | |
| CHARLES J. DEHART, III, ESQ. | : | |
| RESPONDENTS | : | |

*************************************************************************

**ORDER**

*************************************************************************

    Upon consideration of the above-named Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

    IT IS THEREFORE ORDERED that until further Order of this Court, the entity from who the Debtor, NICOLE CASEY, receives income:

    THE AZEK COMPANY
    1330 WEST FULTON STREET
    SUITE 350
    CHICAGO, IL 60607

deduct from said Debtor's income the sum of $101.75 from each weekly paycheck on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and to remit the deductible sums to:

    Charles J. DeHart, III, Esquire
    Chapter 13 Trustee
    P.O. Box 7005
    Lancaster, PA 17604

    IT IS FURTHER ORDERED that the employer from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

    IT IS FURTHER ORDERED that all remaining income of the Debtor except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the

Debtor in accordance with the usual payment procedure.

  IT IS FURTHER ORDERED that the employer will place the case number 5-17-02942 on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

  IT IS FURTHER ORDERED that this Order supersedes previous Orders made to the subject entity in this case.

  IT IS FURTHER ORDERED that this Order will terminate without further Order, six (6) months from the Date of this Order, if it is not terminated by an earlier Order from this Court.

Dated: February 19, 2020

By the Court,

_(signature)_

Robert N. Opel, II, Bankruptcy Judge (DG)