| | |
|---|---|
| In re: | Case No. 17-02942-RNO |
| Martin Francis Casey, Jr., | Chapter 13 |
| Nicole Michele Casey | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 4 |
| Date Rcvd: Jan 07, 2021 | Form ID: 3180W | Total Noticed: 77 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Martin Francis Casey, Jr.,, Nicole Michele Casey, 3 Roosevelt Street, Dallas, PA 18612-9047 |
| cr | + | ESSA Bank & Trust, 1065 Highway 315, Cross Creek Pointe, Wilkes-Barre, PA 18702-6941 |
| cr | + | UFCW Community Credit Union, 1460 Sans Souci Parkway, Hanover Township, PA 18706-6026 |
| 4945567 | + | Allied Services, Attn: Kelly Haffner, Collection Coordina, 100 Abington Executive Park, Clarks Summit, PA 18411-2260 |
| 4945571 | | Commonwealth Health, 1605 Valley Center Pkwy, Ste 200, Bethlehem, PA 18017-2345 |
| 4945572 | + | Community Bank, N.A., 45-49 Court Street, P.O. Box 509, Canton, NY 13617-0509 |
| 4945577 | + | E.M. Pagilarini, DMD, 1291 Wyoming Ave., Exeter, PA 18643-1499 |
| 4956230 | + | ESSA Bank & Trust, 126 South Main Street, Pittston, PA 18640-1739 |
| 4945580 | + | First Credit Union of Scranton, Customer Service, P.O. Box 30495, Tampa, FL 33630-3495 |
| 4945582 | + | First National Credit Card, 500 E. 60th St. N, Sioux Falls, SD 57104-0478 |
| 4945583 | | First National Credit Card, P.O. Box 5097, Sioux Falls, SD 57117-5097 |
| 4945584 | | Geisinger - Viewmont Health Assoc., P.O. Box 828729, Philadelphia, PA 19182-8729 |
| 4945585 | + | Geisinger Health System, 100 North Academy Ave., Danville, PA 17822-0001 |
| 4956229 | + | John Fisher, Esq., 126 South Main Street, Pittston, PA 18640-1739 |
| 5197453 | + | John Fisher, Esquire, 126 South Main Street, Pittston, PA 18640-1739 |
| 4945588 | + | KEYSTONE MEDICAL LABORATORIES, 781 KEYSTONE INDUSTRIAL PARK, THROOP, PA 18512-1530 |
| 4945589 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 4945594 | + | Medical Data Systems, 2001 9th Ave., Ste. 312, Vero Beach, FL 32960-6413 |
| 4945598 | + | Moses Taylor Hospital, 700 Quincy Ave, Attn: Justin Davis CEO, Scranton, PA 18510-1798 |
| 4945599 | + | NCC, 245 Main St., Dickson City, PA 18519-1641 |
| 4945601 | + | North Shore Agency, 270 Spagnoli Road, Melville, NY 11747-3516 |
| 4945602 | + | Northeast Foot & Ankle Associates, LLC, 532 Main Street, Suite 2, Moosic, PA 18507-1001 |
| 4945608 | | PPL Electric Utilities, 827 Hausman Rd., Allentown, PA 18104-9392 |
| 4945604 | + | Partners Healthcare, 399 Revolution Drive, Suite 402, Somerville, MA 02145-1444 |
| 4945605 | | Pathology Associates of N.E.P.A., P.O. Box 822227, Philadelphia, PA 19182-2227 |
| 4945606 | | Pathology Associates of NEPA, P.O. Box 822227, Philadelphia, PA 19182-2227 |
| 4945609 | + | Professional Account Svcs., P.O. Box 188, Brentwood, TN 37024-0188 |
| 4945610 | | Professional Orthopaedic Assoc. Ltd., 3 West Olive St., Ste. 118, Scranton, PA 18508-2576 |
| 4945615 | | REGENCY CONSUMERS, 320 ROUTE 315 HWY STE 210, PITTSTON, PA 18640-3919 |
| 4945611 | + | Radiological Consultants, 6 NESHAMINY INTERPLEX STE 207, TREVOSE, PA 19053-6942 |
| 4945612 | + | Radiological Consultants Inc, 3625 Quakerbridge Rd, Hamilton, NJ 08619-1268 |
| 4945613 | + | Ratchford Law Group, PC, 409 Lackawanna Ave., Suite 320, Scranton, PA 18503-2062 |
| 4945614 | | Raymond Khoudary, MC PC, 190 S. River St., Plains, PA 18705-1149 |
| 4945617 | + | Tiffany Griffiths, Psy D & A, 502 N. Blakely St., Dunmore, PA 18512-1943 |
| 4945619 | + | Transworld Systems, Inc., PO Box 17221, Wilmington, DE 19850-7221 |
| 4945620 | + | UFCW Fed. Credit Union, 377 Wyoming Ave., Wyoming, PA 18644-1821 |

TOTAL: 36

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4945566 | + | Email/Text: mnapoletano@ars-llc.biz | | |
| | | | Jan 07 2021 19:13:00 | Ability Recovery Svcs. LLC, P.O. Box 4031, |

| Recipient | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Wyoming, PA 18644-0031 |
| 4980550 | + | Email/Text: csc.bankruptcy@amwater.com | Jan 07 2021 19:13:00 | American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 4945568 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jan 07 2021 19:13:00 | Berks Credit & Collection, 900 Corporate Drive, Reading, PA 19605-3340 |
| 4945569 | + | EDI: CAPITALONE.COM | Jan 08 2021 00:03:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 4995018 | + | EDI: WFNNB.COM | Jan 08 2021 00:03:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 4945573 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 07 2021 19:11:12 | CreditOne, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 4945574 | | EDI: DISCOVER.COM | Jan 08 2021 00:03:00 | Discover, P.O. Box 30943, Salt lake City, UT 84130 |
| 4945575 | | EDI: DISCOVER.COM | Jan 08 2021 00:03:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 4945576 | + | EDI: DCI.COM | Jan 08 2021 00:03:00 | Diversified Consultants, Inc, P.O. Box 551268, Jacksonville, FL 32255-1268 |
| 4945578 | + | Email/Text: collections@essabank.com | Jan 07 2021 19:13:00 | ESSA, 200 Palmer St., P.O. Box L, Stroudsburg, PA 18360-0160 |
| 4945579 | | Email/Text: data_processing@fin-rec.com | Jan 07 2021 19:12:00 | Financial Recovery Services, Inc., P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 4945581 | + | Email/Text: jamiemasters@firstcu.org | Jan 07 2021 19:13:00 | First Credit Union of Scranton, 605 Davis St., Scranton, PA 18505-3518 |
| 4945587 | + | EDI: IIC9.COM | Jan 08 2021 00:03:00 | IC System, Inc., 444 Hwy. 96 East, St. Paul, MN 55127-2557 |
| 4945570 | | EDI: JPMORGANCHASE | Jan 08 2021 00:03:00 | Chase, PO Box 15298, Wilmington DE 19850 |
| 4945590 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2021 19:10:33 | LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 4991789 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2021 19:10:33 | LVNV Funding LLC, C/O Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 4978548 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2021 19:10:33 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4957901 | + | Email/Text: camanagement@mtb.com | Jan 07 2021 19:12:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 4945591 | | Email/Text: camanagement@mtb.com | Jan 07 2021 19:12:00 | M&T Bank, 1100 Wehrle Drive, Williamsville, NY 14221 |
| 4945592 | | Email/Text: camanagement@mtb.com | Jan 07 2021 19:12:00 | M&T Bank, Lending Services, Customer Support, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 4978558 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 07 2021 19:11:44 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4945595 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 07 2021 19:10:28 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 4945596 | + | EDI: MID8.COM | Jan 08 2021 00:03:00 | Midland Funding LLC, 8875 Aero Dr, Ste 200, San Diego, CA 92123-2255 |
| 4989725 | + | EDI: MID8.COM | Jan 08 2021 00:03:00 | Midland Funding, LLC, Midland Credit Mgmt., Inc. as agent for, Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4945597 | + | Email/Text: mmrgbk@miramedrg.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 07 2021 19:12:00 | Miramed Revenue Group, 991 Oak Creek Dr., Lombard, IL 60148-6408 |
| 4955094 | | EDI: AGFINANCE.COM | Jan 08 2021 00:03:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 4945603 | + | EDI: AGFINANCE.COM | Jan 08 2021 00:03:00 | OneMain Financial Bankruptcy Dept., P.O. Box 6042, Sioux Falls, SD 57117-6042 |
| 4977201 | | EDI: PRA.COM | Jan 08 2021 00:03:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4946032 | + | EDI: PRA.COM | Jan 08 2021 00:03:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4945607 | + | EDI: RMSC.COM | Jan 08 2021 00:03:00 | Pay Pal Credit, P.O. Box 5138, Timonium, MD 21094-5138 |
| 4962664 | + | Email/Text: csc.bankruptcy@amwater.com | Jan 07 2021 19:13:00 | Pennsylvania American Water Co, PO Box 578, Alton, IL 62002-0578 |
| 4953968 | | EDI: PENNDEPTREV | Jan 08 2021 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 4953968 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 07 2021 19:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 4984178 | | EDI: Q3G.COM | Jan 08 2021 00:03:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5162301 | + | Email/Text: bncmail@w-legal.com | Jan 07 2021 19:12:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 5162300 | + | Email/Text: bncmail@w-legal.com | Jan 07 2021 19:12:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 4945616 | | EDI: RMSC.COM | Jan 08 2021 00:03:00 | Synchrony Bank/Amazon.com, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 4945618 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 07 2021 19:13:00 | Transworld Systems, Inc., 500 Virginia Dr 514, Fort Washington, PA 19034-2733 |
| 4962665 | | Email/Text: bkrcy@ugi.com | Jan 07 2021 19:13:00 | UGI Utilities, 225 Morgantown Rd., Attn: Manager of Collections, Reading, PA 19611 |
| 4968357 | | EDI: AIS.COM | Jan 08 2021 00:03:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 4945621 | + | EDI: VERIZONCOMB.COM | Jan 08 2021 00:03:00 | Verizon Bankruptcy Dept., 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 4945622 | | EDI: WFFC.COM | Jan 08 2021 00:03:00 | Wells Fargo Financial, One Home Campus, Des Moines, IA 50328-0001 |

TOTAL: 42

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | First Credit Union of Scranton, 605 Davis Street, Scranton, PA 18505-3518 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S, 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 4945586 | ##+ | Hayt, Hayt & Landau, 123 S. Broad St., Suite 1660, Philadelphia, PA 19109-1003 |
| 4945593 | ##+ | Martin Francis Casey, Jr.,, 2 Kohler Ave., Old Forge, PA 18518-1720 |
| 4945600 | ##+ | Nicole Michele Casey, 2 Kohler Ave., Old Forge, PA 18518-1720 |

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 4 of 4 |
| Date Rcvd: Jan 07, 2021 | Form ID: 3180W | Total Noticed: 77 |

TOTAL: 0 Undeliverable, 3 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2021               Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor LakeView Loan Servicing  LLC bkgroup@kmllawgroup.com |
| John Fisher | on behalf of Creditor ESSA Bank & Trust johnvfisher@yahoo.com  fisherlawoffice@yahoo.com |
| John Fisher | on behalf of Creditor UFCW Community Credit Union johnvfisher@yahoo.com  fisherlawoffice@yahoo.com |
| John Francis Kulick | on behalf of Creditor First Credit Union of Scranton john@thekulicklawfirm.com |
| Tullio DeLuca | on behalf of Debtor 2 Nicole Michele Casey tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 1 Martin Francis Casey  Jr., tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Martin Francis Casey Jr., <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0250 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Nicole Michele Casey <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9080 <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:17–bk–02942–RNO | |

# Order of Discharge          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Martin Francis Casey Jr.,
aka Martin Casey Jr.,, aka Marty Casey, aka
Martin F. Casey Jr., aka Marty Casey Jr., aka
Martin Casey, aka Martin Francis Casey, aka
Martin F. Casey

Nicole Michele Casey
aka Nicole Casey, aka Nicole M. Casey, aka
Nicole M. Zarzecki, aka Nicole Michele Zarzecki,
aka Nicole Zarzecki

1/7/21

**By the court:** Robert N. Opel II
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**