In re:  Case No. 17-02942-HWV

Martin Francis Casey, Jr.,  Chapter 13

Nicole Michele Casey

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 2

Date Rcvd: Apr 13, 2021  Form ID: fnldec  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Martin Francis Casey, Jr.,, Nicole Michele Casey, 3 Roosevelt Street, Dallas, PA 18612-9047 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 15, 2021  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor LakeView Loan Servicing LLC bkgroup@kmllawgroup.com |
| John Fisher | on behalf of Creditor UFCW Community Credit Union johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| John Fisher | on behalf of Creditor ESSA Bank & Trust johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| John Francis Kulick | on behalf of Creditor First Credit Union of Scranton john@thekulicklawfirm.com |
| Tullio DeLuca | on behalf of Debtor 2 Nicole Michele Casey tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 1 Martin Francis Casey Jr., tullio.deluca@verizon.net |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Martin Francis Casey Jr.,, <br> aka Martin Casey Jr.,, aka Marty Casey, aka Martin F. Casey Jr., aka Marty Casey Jr., aka Martin Casey, aka Martin Francis Casey, aka Martin F. Casey, | Chapter 13 <br><br> Case No.    5:17−bk−02942−HWV |
| **Debtor 1** | |
| Nicole Michele Casey, <br> aka Nicole Casey, aka Nicole M. Casey, aka Nicole M. Zarzecki, aka Nicole Michele Zarzecki, aka Nicole Zarzecki, | |
| **Debtor 2** | |

Social Security No.:
          xxx−xx−0250         xxx−xx−9080

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: April 13, 2021

By the Court,

*Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

**fnldec** (10/20)